# EXHIBIT A

US00D948170S

| (12) | United States Design Patent | (10) Patent No.: | **US D948,170 S** |
|---|---|---|---|
| | Hasson | (45) Date of Patent: | ** *Apr. 12, 2022 |

(54) **SCRUB TOP**

(71) Applicant: **FIGS, INC.**, Santa Monica, CA (US)

(72) Inventor: **Heather Leigh Hasson**, Santa Monica, CA (US)

(73) Assignee: **FIGS, INC.**, Santa Monica, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/704,045**

(22) Filed: **Aug. 30, 2019**

(51) **LOC (13) Cl.** ............................................. **02-02**
(52) **U.S. Cl.**
  USPC ....................................................... **D2/739**
(58) **Field of Classification Search**
  USPC ......... D2/700, 713, 715–718, 720, 728, 731, D2/738, 739, 742, 743, 780, 781, 839, D2/840, 853, 857, 862
  CPC ............ A41D 13/1236; A41D 13/1245; A41D 2400/44; A41D 2400/70; A41D 13/1209
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D444,291 | S | * | 7/2001 | Poradzisz | ...................... | D2/717 |
| 7,305,716 | B1 | * | 12/2007 | Richards | ............ | A41D 13/1245 2/114 |
| D601,781 | S | * | 10/2009 | Rhodes | .......................... | D2/840 |
| D646,467 | S | * | 10/2011 | Campbell | ...................... | D2/840 |
| D719,720 | S | * | 12/2014 | Santana | ......................... | D2/717 |
| D841,292 | S | * | 2/2019 | Vance | ............................. | D2/840 |
| D888,370 | S | * | 6/2020 | Young | ............................ | D2/739 |

FOREIGN PATENT DOCUMENTS

| JP | 6047206 | B1 | * | 12/2016 |
| JP | 2019143262 | A | * | 8/2019 |

OTHER PUBLICATIONS

FIGS Scrub Top, announced 2014 [online], [site visited Sep. 24, 2020]. Available from internet, URL: <https://www.facebook.com/wearFIGS/photos/a.439364299419037/732886103400187/?type=3&theater> (Year: 2014).*
EmpowerRN; "FIGS Scrubs Review + GIVEAWAY!"; Feb. 15, 2017; https://youtu.be/88o6a0B0yDw?t=117; 1 page; last accessed Jul. 22, 2021.
Dr. Tommy Martin; "WearFIGS Unboxing; Scrubs Unboxing and Modeling"; Feb. 10, 2017; https://youtu.be/grpp_2umykc?t=204; 1 page; last accessed Jul. 22, 2021.

(Continued)

*Primary Examiner* — Kevin K Rudzinski
*Assistant Examiner* — Amber J Rabie
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a scrub top, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a scrub top showing the claimed design;
FIG. **2** is a rear view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a front perspective view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.
The dot-dash broken lines in the figures and the areas within the dot-dash broken lines show portions of the scrub top that form no part of the claimed design.
The dashed broken lines show a stitching pattern. The dashed broken lines form part of the claimed design.

**1 Claim, 7 Drawing Sheets**



(56)　　　　　　**References Cited**

OTHER PUBLICATIONS

"Nursing Scrubs Review—Today We Try Out FIGS and Jaanuu Scrubs"; Dec. 4, 2017; https://youtu.be/eGjRkGjYCPY?t=166; 1 page; last accessed Jul. 22, 2021.
Rubie Lapena; "Figs Scrubs Review; Short Heights XS"; Dec. 20, 2018; huttps://youtu.be/P5T4aYTqRfc?t; 1 page; last accessed Jul. 22, 2021.
FIGS; "It's #cincodemayo"; May 5, 2014; https://www.facebook.com/wearFIGS/photos/a.439364299419037/732886103400187/?type=3%26theater; 1 page; last accessed Jul. 22, 2021.

\* cited by examiner



**FIG. 1**



FIG. 2



**FIG. 3**



FIG. 4



**FIG. 5**



FIG. 6



FIG. 7