Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
Iain Hill (SBN 336825)
Ihill@blakelylawgroup.com
BLAKELY LAW GROUP
1108 Manhattan Avenue, Suit B
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
**Attorneys for Plaintiff**
**FIGS, Inc.**

Daniel J. Healy (admitted pro hac vice)
dhealy@brownrudnick.com
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 536-1700
Facsimile: (202) 536-1701
**Attorneys for Defendant**
**Lago Apparel, LLC**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIGS, INC., a Delaware Corporation, | CASE NO.: 2:24-cv-2155-HDV-AS |
| Plaintiff, | **NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY ALL DEADLINES** |
| vs. | |
| LAGO APPAREL, LLC, an Oregon Limited Liability Company; and DOES 1-10, inclusive. | **Hon. Hernán D. Vera** |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff FIGS, Inc. ("Plaintiff" or "FIGS") and defendant Lago Apparel, LLC ("Defendant" or "Lago") (together with Plaintiff, the "Parties") reached a settlement in principal and are working to draft a written agreement that, when fully executed, would fully resolve the above-entitled action.

The Parties anticipate that a written settlement agreement will be finalized, fully executed, and a Stipulation of Dismissal of this Action filed within thirty (30) days of the filing of this Notice.

 Based on the foregoing, and in the interests of conserving the resources of the Court, the Parties request that all pending deadlines in this Action be stayed for thirty (30) days in order to allow the Parties sufficient time to finalize and execute a written settlement agreement. The Parties further request that the Court set a Status Conference regarding settlement after thirty (30) days on a date convenient to the Court, in the event a Stipulation of Dismissal has not been filed before then and further proceedings in this action may be necessary.

DATED: February 13, 2025  BLAKELY LAW GROUP

         By: /s/ Jamie Fountain
           Brent H. Blakely
           Jamie Fountain
           **Attorneys for Plaintiff**
           **FIGS, Inc.**

DATED: February 13, 2025

         By: /s/ Daniel J. Healy
           Daniel J. Healy
           Arjun Sivakumar
           **Attorneys for Defendant**
           **Lago Apparel, LLC**

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

DATED: February 13, 2025    BLAKELY LAW GROUP

By:   /s/ Jamie Fountain
   Brent H. Blakely
   Jamie Fountain
   **Attorneys for Plaintiff**
   **FIGS, Inc.**

3
**NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY ALL DEADLINES**