Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
Iain Hill (SBN 336825)
Ihill@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
**Attorneys for Plaintiff**
**FIGS, Inc.**

Daniel J. Healy (admitted pro hac vice)
dhealy@brownrudnick.com
1900 N Street, NW, Fourth Floor
Washington, D.C. 20036
Telephone: (202) 536-1700
Facsimile: (202) 536-1701
**Attorneys for Defendant**
**Lago Apparel, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIGS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAGO APPAREL, LLC, an Oregon Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO.: 2:24-cv-2155-HDV-AS<br><br>**STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL WITH PREJUDICE TO DEFENDANT LAGO APPAREL, LLC**<br><br>**Hon. Hernán D. Vera** |

Plaintiff FIGS, Inc. ("Plaintiff" or "FIGS") and Defendant Lago Apparel, LLC ("Defendant" or "Lago") (collectively the "Parties"), by and through their respective counsel, hereby stipulate to the Entry of a Permanent Injunction and Voluntary Dismissal with Prejudice as to Defendant Lago Apparel, LLC, as follows:

WHEREAS, on March 15, 2024, Plaintiff filed its Complaint against Defendant

in this matter;

    **WHEREAS**, Plaintiff is the owner of U.S. Design Patent No. D948,170 ("the '170 Patent"), attached as Exhibit A to the Complaint, and the "Casma Scrub Top Trade Dress", which Plaintiff contends is an inherently distinctive visual design comprising of the elements set forth in ¶ 25 of the Complaint, examples of the overall appearance pictured in ¶ 25 of the Complaint are reproduced below for reference:



    **WHEREAS**, FIGS is the owner of U.S. Design Patent No. D950,195 ("the '195 Patent"), attached as Exhibit B to the Complaint, and the "Catarina Scrub Top Trade Dress", which FIGS contends is an inherently distinctive visual design comprising of the elements set forth in ¶ 39 of the Complaint, examples of the overall appearance pictured in ¶ 39 of the Complaint are reproduced below for reference:



| | |
|---|---|
| 1 | **WHEREAS**, FIGS is the owner of U.S. Design Patent No. D950,890 ("the '890 |
| 2 | Patent"), attached as Exhibit C to the Complaint, and the "Kade Cargo Scrub Pant Trade |
| 3 | Dress", which FIGS contends is an inherently distinctive visual design comprising of |
| 4 | the elements set forth in ¶ 53 of the Complaint, examples of the overall appearance |
| 5 | pictured in ¶ 53 of the Complaint are reproduced below for reference: |



WHEREAS, Plaintiff's Complaint asserts causes of action against Defendant for infringement of FIGS' Casma Scrub Top Trade Dress; Catarina Scrub Top Trade Dress; Kade Cargo Scrub Pant Trade Dress (collectively, the "FIGS Trade Dress") and unfair competition under the Lanham Act, 15 U.S.C. § 1051 et seq., patent infringement of the '170 Patent, '195 Patent, and '890 Patent (collectively, the "FIGS Patents"), as well as similar claims under the statutory and common law of California corresponding to its federal claims, all arising from Defendant's importation, manufacturing, offering for sale and/or sale of a certain apparel products identified as Lago brand "Crescent" scrub top, "Diamond" scrub top, "Paulina" scrub pant, and "Trillium" scrub pant (collectively, the "Accused Products"), exemplars of which are pictured in ¶19-21 of the Complaint and reproduced below for reference:


Lago brand Crescent Scrub Top


Lago brand Diamond Scrub Top


Lago brand Paulina Scrub Pant


Lago brand Trillium Scrub Pant

**WHEREAS**, on November 5, 2024, Defendant Lago Apparel, LLC filed its Answer, Defenses, and Counterclaims to the Complaint, denying all of Plaintiff's claims and asserting numerous defenses and counterclaims thereto;

**WHEREAS**, the Parties have entered into a Confidential Settlement Agreement that resolves all claims, defenses, and counterclaims asserted in the Parties' operative pleadings;

**WHEREAS**, pursuant to the terms of the Confidential Settlement Agreement, the Parties have agreed to and HEREBY STIPULATE to entry of a Permanent Injunction and Voluntary Dismissal with Prejudice of Defendant Lago Apparel, LLC as follows:

1. The Court has personal jurisdiction over the Parties, as admitted in the

Parties' pleadings.

2. The Court has subject matter jurisdiction in this Action at least pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367.

3. Entry of this Stipulation to Entry of a Permanent Injunction and Voluntary Dismissal with Prejudice, as well as any related Order that may follow this Stipulation, shall serve to bind and obligate each of the Parties hereto.

4. Defendant including its employees, servants, successors and assigns, is permanently enjoined from manufacturing, importing into the United States, advertising, marketing, offering for sale, or selling the Accused Products.

5. Defendant, including its employees, servants, successors and assigns, is permanently enjoined from making, using, offering for sale or selling in the United States, or importing into the United States, the Accused Products or any products that infringe upon U.S. Pat. No. D948,170 (the "'170 Patent"), U.S. Pat. No. D950,195 ("'195 Patent"), U.S. Pat. No. D950,890 ("'890 Patent").

6. Defendant, including its employees, servants, successors and assigns, is permanently enjoined from manufacturing, importing into the U.S., advertising, marketing, offering for sale, or selling the Accused Products or any products that infringe or use FIGS' Casma Scrub Top, Catarina Scrub Top, or Kade Cargo Scrub Pant Trade Dresses.

7. Plaintiff voluntarily dismisses all claims alleged in the Complaint with prejudice.

8. Defendant Lago Apparel, LLC voluntarily dismisses all counterclaims alleged in its Answer, Defenses, and Counterclaims to Complaint without prejudice.

9. The Court shall retain jurisdiction in this Action solely for the purpose of making any further orders necessary or proper for the enforcement, construction, or modification of the Permanent Injunction entered by this Stipulation.

10. Each Party shall bear its own attorneys' fees and costs associated with the Action, neither Party is or shall be deemed as the prevailing party.

Except as otherwise provided herein, Defendant Lago Apparel, LLC is hereby dismissed *with prejudice*.

**IT IS HEREBY STIPULATED.**

DATED: April 16, 2025          BLAKELY LAW GROUP

                              By:   /s/ Jamie Fountain
                                    Brent H. Blakely
                                    Jamie Fountain
                                    **Attorneys for Plaintiff**
                                    **FIGS Outdoor Corporation**

DATED: April 16, 2025

                              By:   /s/ Daniel J. Healy
                                    Daniel J. Healy
                                    Arjun Sivakumar
                                    **Attorneys for Defendant**
                                    **Lago Apparel, LLC**

**STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL WITH PREJUDICE TO DEFENDANT LAGO APPAREL, LLC**

**ATTESTATION RE ELECTRONIC SIGNATURES**

The filer of this document attest that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

Dated: April 16, 2025                          By: /s/ Jamie Fountain