1   Brent H. Blakely (SBN 157292)
    bblakely@blakelylawgroup.com
2   Jamie Fountain (SBN 316567)
    jfountain@blakelylawgroup.com
3   Iain Hill (SBN 336825)
    Ihill@blakelylawgroup.com
4   BLAKELY LAW GROUP
    1334 Parkview Avenue, Suite 280
5   Manhattan Beach, California 90266
    Telephone: (310) 546-7400
6   Facsimile: (310) 546-7401
    **Attorneys for Plaintiff**
7   **FIGS, Inc.**

8   Daniel J. Healy (admitted pro hac vice)
    dhealy@brownrudnick.com
9   1900 N Street, NW, Fourth Floor
    Washington, D.C. 20036
10  Telephone: (202) 536-1700
    Facsimile: (202) 536-1701
11  **Attorneys for Defendant**
    **Lago Apparel, LLC**

JS-6

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15  FIGS, INC., a Delaware Corporation,    )   CASE NO.: 2:24-cv-2155-HDV-AS
                                           )
16                                         )   **STIPULATION TO ENTRY OF**
                Plaintiff,                 )   **PERMANENT INJUNCTION AND**
17                                         )   **VOLUNTARY DISMISSAL WITH**
                                           )   **PREJUDICE TO DEFENDANT**
18         vs.                             )   **LAGO APPAREL, LLC** ; ORDER
                                           )
19                                         )
    LAGO APPAREL, LLC, an Oregon           )   **Hon. Hernán D. Vera**
20  Limited Liability Company; and DOES 1- )
    10, inclusive,                         )
21                                         )
                                           )
22              Defendant.                 )
                                           )
23

24       Plaintiff FIGS, Inc. ("Plaintiff" or "FIGS") and Defendant Lago Apparel, LLC

25  ("Defendant" or "Lago") (collectively the "Parties"), by and through their respective

26  counsel, hereby stipulate to the Entry of a Permanent Injunction and Voluntary

27  Dismissal with Prejudice as to Defendant Lago Apparel, LLC, as follows:

28       WHEREAS, on March 15, 2024, Plaintiff filed its Complaint against Defendant

**STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL
WITH PREJUDICE TO DEFENDANT LAGO APPAREL, LLC**

1   in this matter;

2     **WHEREAS**, Plaintiff is the owner of U.S. Design Patent No. D948,170 ("the

3   '170 Patent"), attached as Exhibit A to the Complaint, and the "Casma Scrub Top Trade

4   Dress", which Plaintiff contends is an inherently distinctive visual design comprising

5   of the elements set forth in ¶ 25 of the Complaint, examples of the overall appearance

6   pictured in ¶ 25 of the Complaint are reproduced below for reference:



16     **WHEREAS**, FIGS is the owner of U.S. Design Patent No. D950,195 ("the '195

17   Patent"), attached as Exhibit B to the Complaint, and the "Catarina Scrub Top Trade

18   Dress", which FIGS contends is an inherently distinctive visual design comprising of

19   the elements set forth in ¶ 39 of the Complaint, examples of the overall appearance

20   pictured in ¶ 39 of the Complaint are reproduced below for reference:



2

**STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL
WITH PREJUDICE TO DEFENDANT LAGO APPAREL, LLC**

1    **WHEREAS**, FIGS is the owner of U.S. Design Patent No. D950,890 ("the '890

2    Patent"), attached as Exhibit C to the Complaint, and the "Kade Cargo Scrub Pant Trade

3    Dress", which FIGS contends is an inherently distinctive visual design comprising of

4    the elements set forth in ¶ 53 of the Complaint, examples of the overall appearance

5    pictured in ¶ 53 of the Complaint are reproduced below for reference:

6

7

8    

9

10

11

12

13

14

15

16

17    **WHEREAS**, Plaintiff's Complaint asserts causes of action against Defendant for

18    infringement of FIGS' Casma Scrub Top Trade Dress; Catarina Scrub Top Trade Dress;

19    Kade Cargo Scrub Pant Trade Dress (collectively, the "FIGS Trade Dress") and unfair

20    competition under the Lanham Act, 15 U.S.C. § 1051 et seq., patent infringement of the

21    '170 Patent, '195 Patent, and '890 Patent (collectively, the "FIGS Patents"), as well as

22    similar claims under the statutory and common law of California corresponding to its

23    federal claims, all arising from Defendant's importation, manufacturing, offering for

24    sale and/or sale of a certain apparel products identified as Lago brand "Crescent" scrub

25    top, "Diamond" scrub top, "Paulina" scrub pant, and "Trillium" scrub pant (collectively,

26    the "Accused Products"), exemplars of which are pictured in ¶¶19-21 of the Complaint

27    and reproduced below for reference:

28

**STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL
WITH PREJUDICE TO DEFENDANT LAGO APPAREL, LLC**



Lago brand Crescent Scrub Top          Lago brand Diamond Scrub Top




Lago brand Paulina Scrub Pant          Lago brand Trillium Scrub Pant

**WHEREAS**, on November 5, 2024, Defendant Lago Apparel, LLC filed its Answer, Defenses, and Counterclaims to the Complaint, denying all of Plaintiff's claims and asserting numerous defenses and counterclaims thereto;

**WHEREAS**, the Parties have entered into a Confidential Settlement Agreement that resolves all claims, defenses, and counterclaims asserted in the Parties' operative pleadings;

**WHEREAS**, pursuant to the terms of the Confidential Settlement Agreement, the Parties have agreed to and HEREBY STIPULATE to entry of a Permanent Injunction and Voluntary Dismissal with Prejudice of Defendant Lago Apparel, LLC as follows:

1.    The Court has personal jurisdiction over the Parties, as admitted in the

**STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL WITH PREJUDICE TO DEFENDANT LAGO APPAREL, LLC**

1   Parties' pleadings.

2       2.      The Court has subject matter jurisdiction in this Action at least pursuant to

3   15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367.

4       3.      Entry of this Stipulation to Entry of a Permanent Injunction and Voluntary

5   Dismissal with Prejudice, as well as any related Order that may follow this Stipulation,

6   shall serve to bind and obligate each of the Parties hereto.

7       4.      Defendant including its employees, servants, successors and assigns, is

8   permanently enjoined from manufacturing, importing into the United States,

9   advertising, marketing, offering for sale, or selling the Accused Products.

10      5.      Defendant, including its employees, servants, successors and assigns, is

11  permanently enjoined from making, using, offering for sale or selling in the United

12  States, or importing into the United States, the Accused Products or any products that

13  infringe upon U.S. Pat. No. D948,170 (the "'170 Patent"), U.S. Pat. No. D950,195

14  ("'195 Patent"), U.S. Pat. No. D950,890 ("'890 Patent").

15      6.      Defendant, including its employees, servants, successors and assigns, is

16  permanently enjoined from manufacturing, importing into the U.S., advertising,

17  marketing, offering for sale, or selling the Accused Products or any products that

18  infringe or use FIGS' Casma Scrub Top, Catarina Scrub Top, or Kade Cargo Scrub

19  Pant Trade Dresses.

20      7.      Plaintiff voluntarily dismisses all claims alleged in the Complaint with

21  prejudice.

22      8.      Defendant Lago Apparel, LLC voluntarily dismisses all counterclaims

23  alleged in its Answer, Defenses, and Counterclaims to Complaint without prejudice.

24      9.      The Court shall retain jurisdiction in this Action solely for the purpose of

25  making any further orders necessary or proper for the enforcement, construction, or

26  modification of the Permanent Injunction entered by this Stipulation.

27      10.     Each Party shall bear its own attorneys' fees and costs associated with the

28  Action, neither Party is or shall be deemed as the prevailing party.

**STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL
WITH PREJUDICE TO DEFENDANT LAGO APPAREL, LLC**

1    Except as otherwise provided herein, Defendant Lago Apparel, LLC is hereby

2    dismissed *with prejudice*.

3

4    **IT IS HEREBY STIPULATED.**

5

6    DATED:    April 16, 2025    BLAKELY LAW GROUP

7

8    By:    /s/ Jamie Fountain

9    Brent H. Blakely
     Jamie Fountain

10    **Attorneys for Plaintiff**
     **FIGS Outdoor Corporation**

11

12    DATED:    April 16, 2025

13

14    By:    /s/ Daniel J. Healy
     Daniel J. Healy
     Arjun Sivakumar

15    **Attorneys for Defendant**
     **Lago Apparel, LLC**

16

17    **IT IS SO ORDERED.**

     **DATED:** ___4/22/25_____

18

19    _____

20    **U.S. DISTRICT JUDGE**

21

22

23

24

25

26

27

28

**STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE TO DEFENDANT LAGO APPAREL, LLC**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION RE ELECTRONIC SIGNATURES

The filer of this document attest that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.


Dated:  April 16, 2025                    By:  /s/ Jamie Fountain

**STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL WITH PREJUDICE TO DEFENDANT LAGO APPAREL, LLC**